PROB 12B  
(7/93)

Report Date: April 2, 2012

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Gary Alvin Larsen                              Case Number: 2:02CR00142-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: November 4, 2002          Type of Supervision: Supervised Release

Original Offense: Use of a Fire to Commit a Federal       Date Supervision Commenced: March 30, 2012
Felony, 18 U.S.C. § 844(h); Subornation of Perjury,
18 U.S.C. § 1622

Original Sentence: Prison - 120 Months;                        Date Supervision Expires: March 29, 2015
                   TSR - 36 Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as
      directed by the supervising officer, but no more than six tests per month, in order to confirm continued
      abstinence from these substances.

## CAUSE

Pursuant to U.S. v Stephens, the above modification, with the offender's consent, is requested.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  4/2/2012

s/Richard Law

Richard Law  
U.S. Probation Officer

Prob 12B
Re: Larsen, Gary Alvin
April 2, 2012
Page 2

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

April 2, 2012
Date